# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re ) | |
| Petition of KUTZTOWN UNIVERSITY ) | |
| OF PENNSYLVANIA OF THE STATE ) | Misc. Docket No. _____ |
| SYSTEM OF HIGHER EDUCATION ) | |
| for the Perpetuation of Testimony ) | |
| and Evidence Before Action ) | |

## APPLICATION TO APPEAR PRO HAC VICE

AND NOW comes Petitioner and respectfully moves for the admission of James B. Brown and W. Scott Hardy *pro hac vice*, to actively participate in the trial of, and in all pretrial and all post-trial proceedings in connection with the above-captioned matter on behalf of Petitioner, and in support of thereof, states as follows:

1. James B. Brown is a director in the law firm of Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor, Pittsburgh, PA 15222-1319.

2. W. Scott Hardy is an associate in the law firm of Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor, Pittsburgh, Pennsylvania 15222-1319.

3. James B. Brown is and has been a member in good standing of the bars of: the Supreme Court of Pennsylvania since 1971; the United States Supreme Court since 1982; the United States Court of Appeals for the Third Circuit since 1974; and the United States District Court for the Western District of Pennsylvania since 1971. There are no disciplinary proceedings against Attorney Brown as a member of the bar in any jurisdiction.

4. W. Scott Hardy is and has been a member in good standing of the bars of: the Supreme Court of Pennsylvania since 1997; the United States

663023_1.DOC

Supreme Court since 2002; the United States Court of Appeals for the Third Circuit since 1999; and the United States District Court for the Western District of Pennsylvania since 1996. There are no disciplinary proceedings against Attorney Hardy as a member of the bar in any jurisdiction.

WHEREFORE, it is respectfully requested that this Honorable Court enter the attached Order allowing James B. Brown, Esquire and W. Scott Hardy, Esquire to appear before this Court *pro hac vice* as counsel for Petitioner, Kutztown University of Pennsylvania of the State System of Higher Education.

Respectfully submitted,

By:_____
Richard Martin, Esq.
PA ID. #11500
Montgomery McCracken Walker & Rhoades

123 South Broad Street
Philadelphia, PA 19109
(215) 772-7270

By_____
James B. Brown, Esq.
PA ID. #00436
W. Scott Hardy, Esq.
PA ID. #79225
Cohen & Grigsby, P.C.
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222
Firm ID. #621

(412) 297-4900

Dated: June 19, 2002                                Counsel for Petitioner

663023_1.DOC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re** ) | |
| **Petition of KUTZTOWN UNIVERSITY** ) | |
| **OF PENNSYLVANIA OF THE STATE** ) | **Misc. Docket No. _____** |
| **SYSTEM OF HIGHER EDUCATION** ) | |
| **for the Perpetuation of Testimony** ) | |
| **and Evidence Before Action** ) | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2002, it is hereby ORDERED, ADJUDGED and DECREED that James B. Brown, Esquire, a Director with the law firm of Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor, Pittsburgh, PA 15222-1319, and W. Scott Hardy, Esquire, an associate therewith, be and hereby are admitted *pro hac vice* to appear before this Court as counsel for Petitioner, Kutztown University of Pennsylvania of the State System of Higher Education, for the purposes of representing it in the above-captioned matter.

_____J.

663023_1.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing APPLICATION TO APPEAR *PRO HAC VICE* has been served via United States First Class Mail, Postage Prepaid on the 19th day of June, 2002, upon the following:

Deborah Barlieb
4207 Cider Press Road
Slatington, PA 18080

Lynn Milet
3705 Helen Street
Bethlehem, PA 18017

Marjorie Borden
407 Friendship Drive
Fleetwood, PA 19522

Beth Herbine
5 Pine Lane Court
Douglassville, PA 19518

Margaret Herrick
619 N. Garfield Road
Bernville, PA 19506

Cheryl Wilf
15 Vista Court
Fleetwood, PA 19522

Alfred L. Harris, Manager
Philadelphia District Office
Equal Employment Opportunity
Commission
The Bourse Building, Suite 400
21 South Fifth Street
Philadelphia, PA  19106-2515