IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Petition of KUTZTOWN UNIVERSITY | : | Misc. Docket |
| OF PENNSYLVANIA OF THE STATE | : | No. 02-00167 |
| SYSTEM OF HIGHER EDUCATION for the | : | |
| Perpetuation of Testimony and Evidence Before | : | |
| Action | : | |

### O R D E R

AND NOW, this _____ day of July, 2002, upon consideration of the Motion of Kutztown University of Pennsylvania of the State System of Higher Education for Admission *Pro Hac Vice* of James B. Brown, Esquire and W. Scott Hardy, Esquire, it is hereby ORDERED and DECREED that the Motion is GRANTED.  James B. Brown, Esquire and W. Scott Hardy, Esquire are hereby admitted to practice before this Court *pro hac vice*.

BY THE COURT:

_____
**CYNTHIA M. RUFE,  J.**