IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Petition of KUTZTOWN UNIVERSITY | : | Misc. Docket |
| OF PENNSYLVANIA OF THE STATE | : | No. 02-00167 |
| SYSTEM OF HIGHER EDUCATION for the | : | |
| Perpetuation of Testimony and Evidence Before | : | |
| Action | : | |

**O R D E R**

AND NOW, this _____ day of July, 2002, it is hereby ORDERED that an evidentiary hearing on Kutztown University of Pennsylvania of the State System of Higher Education's Petition for the Perpetuation of Testimony and Evidence is scheduled for August 19, 2002 at 11:00 a.m. Counsel are directed to report to the Fourth Floor of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania for courtroom assignment.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE, J.**